**FILED**

**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| TILKIN & CAGEN, INC. an Illinois corporation, | ) ) ) | **08 C 1564** |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| UNITED METAL RECEPTACLE CORP., a foreign corporation, RUBBERMAID COMMERCIAL PRODUCTS LLC, a foreign corporation, and RICHARD WEISS, an individual, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | **JUDGE SHADUR** **MAGISTRATE JUDGE DENLOW** |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Rule L. 3.2 of the Northern District of Illinois, Plaintiff,

Tilkin & Cagen, Inc. makes the following disclosures:

1.    Tilkin & Cagen, Inc., an Illinois corporation, has no publicly-held affiliates.


Respectfully submitted,


By:/s/ Adam J. Glazer_____
         One of Its Attorneys


Adam J. Glazer
David M. Makarski
Schoenberg Finkel Newman & Rosenberg, LLC
222 S. Riverside Plaza
Suite 2100
Chicago, Illinois 60606
(312) 648-2300