## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 08 C 1564
TILKIN & CAGEN, INC. v. UNITED METAL
RECEPTACLE CORP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Tilkin & Cagen, Inc.

| NAME (Type or print) |
| --- |
| David S. Makarski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David S. Makarski |
| FIRM |
| Schoenberg Finkel Newman & Rosenberg, LLC |
| STREET ADDRESS |
| 222 S. Riverside Plaza, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6237604 | (312) 648-2300 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐