IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| TILKIN & CAGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1564 |
| | ) | |
| v. | ) | |
| | ) | Judge Milton Shadur |
| UNITED METAL RECEPTACLE CORP., | ) | |
| RUBBERMAID COMMERCIAL PRODUCTS, LLC, | ) | |
| and RICHARD WEISS. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice that, on Monday, June 9, 2008 at 9:15 a.m., counsel for United Metal Receptacle Corp. and Richard Weiss shall appear before the Honorable Milton I. Shadur in Room 2303 of the Dirksen Federal Building, Chicago, Illinois, and present their **Rule 12(B)(6) Motion to Dismiss Plaintiff's Claims Against United Metal Receptacle Corp. and Richard Weiss.**

Dated: June 3, 2008

UNITED METAL RECEPTACLE CORP.
and RICHARD WEISS

/s/ Abram Moore
*By One of Their Attorneys*
Irving B. Levinson
Abram I. Moore
Bell, Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
312-781-6010 (phone)
312-827-8175 (fax)

Howard A. Rosenthal
Malcolm S. Gould
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103
215-665-1540 (phone)
215-665-1536 (fax)

–2–

## CERTIFICATE OF SERVICE

      This is to certify that on June 3, 2008, the foregoing **Notice of Motion** was filed with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| **Adam J. Glazer** | **David S. Makarski** |
| Schoenberg Finkel Newman & Rosenberg, LLC | Schoenberg Finkel Newman & Rosenberg, LLC |
| 222 South Riverside Plaza | 222 South Riverside Plaza |
| Suite 2100 | Suite 2100 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 648-2300 | (312) 648-2300 |
| Email: adam.glazer@sfnr.com | Email: david.makarski@sfnr.com |

By: /s/ Abram Moore
       Bell, Boyd & Lloyd LLP
       70 West Madison Street, Suite 3100
       Chicago, Illinois  60602-4207
       (312) 372-1121