UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tilkin & Cagen, Inc.
                                      Plaintiff,

v.                                                    Case No.: 1:08–cv–01564
                                                      Honorable Milton I. Shadur

United Metal Receptable Corp., et al.
                                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, June 4, 2008:

   MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. This action is dismissed for want of Tilkin's proper establishment of subject matter jurisdiction. Nonetheless, if a timely motion were to be filed under Rule 59(e) demonstrating that the requisite diversity is in fact present, this Court would consider granting sucha motion on condition that Tilkin pay into court, as a fine, the same $350 amount that would be required as a filing fee for any newly–filed action (a separate action that Tilkin's counsel would otherwise have to bring). Despite this order of dismissal, counsel for the parties are expected to appear at the June 9 motion presentment date referred to in Tilkin's notice. If it were to appear at that time that the Rule 12(b)(6) dismissal motion is clearly meritorious, any subsequent Rule 59(e) motion brought by Tilkin – – assuming that Tilkin and Rubbermaid are indeed of diverse citizenship – – would be granted only as between those parties.Civil case terminated. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.