**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tilkin & Cagen, Inc.
                                  Plaintiff,

v.                                                         Case No.: 1:08−cv−01564
                                                               Honorable Milton I. Shadur

United Metal Receptable Corp., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss [16] is entered and continued to 6/27/08 at 9:00 a.m.; Motion hearing held on 6/9/2008 regarding motion to dismiss[16] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.